IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | **NO. 25-495** |
| **MICAWBER ETIENNE**<br>*Defendant* | : | |

# O R D E R

**AND NOW**, this 11th day of December 2025, the Conditions of Release Order dated December 8, 2025 is amended to reflect that travel is restricted to the Eastern District of Pennsylvania, Southern District of New York, and Eastern District of New York unless prior permission is granted by Pretrial Services.

.

                            **BY THE COURT:**

                            */s/ Nitza I. Quiñones Alejandro*
                            **NITZA I. QUIÑONES ALEJANDRO**
                            *Judge, United States District Court*