IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 25-495-1** |
| | : | **FILED UNDER SEAL** |
| | : | |
| **MICAWBER ETIENNE** | : | |

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of defendant, Micawber Etienne, in the above-captioned matter.

Respectfully submitted,


 /s/ Nancy MacEoin
NANCY MacEOIN
Assistant Federal Defender
Chief, Trial Unit

**CERTIFICATE OF SERVICE**

I, Nancy MacEoin, Assistant Federal Defender, Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Entry of Appearance, upon Louis D. Lappen, Assistant United States Attorney, by delivery to his office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106, via her email address Louis.Lappen@usdoj.gov.

      /s/ Nancy MacEoin
NANCY MacEOIN
Assistant Federal Defender
Chief, Trial Unit

DATE:  December 12, 2025