IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | | DATE: December 22, 2025 |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| MICAWBER ETIENNE | : | NO. 25-495-1 |
| 1900 West Olney Avenue | | |
| Apartment B14 | | **FILED UNDER SEAL** |
| Philadelphia, PA 19141 | | |

## NOTICE OF HEARING

**TAKE NOTICE** that the defendant is scheduled for a **SENTENCING on April 13, 2026, at 3:00 p.m.**, before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ **Hearing RESCHEDULED from:**

For additional information, please contact the undersigned.

By: /s/ Nicole Phillippi
Deputy clerk for Judge Quiñones
Phone: 267-299-7461

cc via U.S. Mail:   Defendant
cc via email:       Nancy MacEoin, Esquire
                    Louis D. Lappen, AUSA
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator