

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Jerome M. Maiatico*
*Assistant U.S. Attorney*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**    *United States v. Micawber Etienne*
                **Criminal No. 25-495**

Dear Clerk's Office:

      Please unimpound the information in the above-captioned case this morning by 9:00am. The information was filed under seal on November 17, 2025.

                              Very truly yours,

                              DAVID METCALF
                              United States Attorney

                              *[signature]*

                              JEROME M. MAIATICO
                              LOUIS D. LAPPEN
                              Assistant United States Attorneys